CELIA REITMAN, ET AL., PLAINTIFFS-PETITIONERS, v. HYMAN FISHKIN, ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Wilentz, Goldman & Spitzer, Mr. Morris Brown* and *Mr. Alan E. Davis* for the petitioners.

*Messrs. Schneider & Morgan* and *Mr. Robert E. Monaghan* for the respondents.

March 12, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER R. MORSE, DEFENDANT-PETITIONER.

*Messrs. Glickman & Valentine* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

March 12, 1968. Granted.

WILLIAM HENDRICKS AND ADRIAN HENDRICKS, PARTNERS t/a ETC., PLAINTIFFS-PETITIONERS, v. FRED J. BROTHERTON, INC., DEFENDANT-RESPONDENT, v. CALDWELL COLLEGE FOR WOMEN, ET AL., THIRD-PARTY DEFENDANTS-RESPONDENTS.

*Messrs. Major & Major* for the petitioners.

*Mr. Milton T. Lasher, Messrs. Gassert & Murphy* and *Mr. Joseph A. Clarken, Jr.* for the respondents.

March 12, 1968. Denied.